**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Clay Ammerman and Erin Ammerman  **v.**  The Ranches of Clear Creek Community Association, Inc. and the Ranches od Clear Creek Architectural Review Committee

Appellate case number:  01-17-00015-CV

Trial court case number:  16-01-23529-A

Trial court:  506th District Court of Waller County

Date motion filed:  September 27, 2018

Party filing motion:  appellants, Clay and Erin Ammerman

It is ordered that the motion for en banc reconsideration is ⊠ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting individually  ⊠ Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date:  December 4, 2018